## Return

| Case No.: 4678288 | Date and time warrant executed: 3/4/26 1345 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:
PI Brandon Bielhe

Inventory of the property taken and name(s) of any person(s) seized:

Envelope addressed to 'Paul Panicka ... Mukwonago' with return address 'Jarred Dillaber 272074'

Handwritten letter beginning 'Hey Bud'

— Nothing follows —

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/04/2026

Executing officer's signature

Postal Inspector Sarah Kells
Printed name and title